# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Ryan Samsei 59510

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Chester County Prison
Warden McFadden
director Jack Healy
Officer Brenden

_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**RECEIVED JUN -7 2012**

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
*(check one)*

**12   3242**

## I. Parties in this complaint:

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name Ryan Samsei
ID # 168-1445
Current Institution Chester County Prison
Address 501 S. WawasetRd
West Chester PA 19382

*Rev. 10/2009*

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Warden McFallen  Shield # N/A
Where Currently Employed Chester County Prison
Address 501 S Wawaset Rd
West Chester PA 19382

Defendant No. 2
Name Director Jack Healy  Shield # N/A
Where Currently Employed Chester County Prison
Address 501 S Wawaset Rd
West Chester PA 19382

Defendant No. 3
Name C.O. Brenkus  Shield #
Where Currently Employed Chester County Prison
Address 501 S Wawaset Rd
West Chester PA 19382

Defendant No. 4
Name _____ Shield # ____
Where Currently Employed _____
Address _____

Defendant No. 5
Name _____ Shield # ____
Where Currently Employed _____
Address _____

II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? Chester County Prison

B. Where in the institution did the events giving rise to your claim(s) occur? F-Block

C. What date and approximate time did the events giving rise to your claim(s) occur? Nov 24-11 through Dec 12-11 and March 7th 2012 to Present

- 2 -

Rev 10/2009

**What happened to you?**
**Who did what?**
**Was anyone else involved?**
**Who else saw what happened?**

D. Facts: I was placed in Chester County Prison as a state inmate awaiting a gun bust at Sci Chester when I was working officer Geender was at current on me being Jewish. He would at times refuse me yard. When the state came to get me the first time being here the county refused me my legal mail and 2-party statuses they would send to me. They never did. I was shilled back down to Chester County Again where I watched staff members go thru my mail and 2-P-ty destroying it. While here I was told I can not have Kosher meals and I could not see A Rabbi as needed. I was told if I want to Practice my Religion I should change it.

MR Heath, Number M'Toller when told I was Jewish and they still refuse me Kosher meals a Rabbi even a book. They had CO, go through my legal mail and mail. Due to me talking to the news Paper about a death that Prime Carester Research has threat. me to change my staturess to the DEA office and I have been Placed Since being called a Rat her By members of staff my legal mail From us District Court has been torn And opend and Refused to me.

Phil TAPP 60192. Rabbi KAPLAN 303 W LANCASTER Ave # 218 WAYNE PA 19087 DR INMAK BROWN

## III. Injuries:

If you sustained injuries related to the events alleged above. describe them and state what medical treatment, if any, you required and received.

N/A

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Chester County Prison

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✓   No ____   Do Not Know ____

If YES, which claim(s)? Theft, Inmates legal mail, Destroying Property and legal mail

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✓   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? I filed through the state's grievance system Along with county's

1. Which claim(s) in this complaint did you grieve? Theft, Abuse, Retaining Practice of Retaine Destroying and retaining legal mail And stealing incoming legal mail

2. What was the result, if any? None

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. I wrote to Public defender office since they are over seen to my' Pleas with making Request to the Chester county courthouse that I used the Adm 802 form I heard only from the P.D. office and none of these.

- 4 -

Rev. 10/2009

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have contacted Camphill PA and wrote to the following — Peoples Superintendent Eastern Region of Doc. David Diguglielmo Mark Jackson of Chester SCI. MTZ Ginnetti of SCI Chester warden M. Fadden of Chester County Prison. Director Hearn of Chester County Prison. I also contacted Jack Cranes Region Service of Chester County

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I am seeking to be placed in a SCI where my needs can be accommodated due to me being a state inmate. For monetary compensation I'm seeking for the amount of 200,000 dollars for refusing me to practice religion. 700.00 for theft and destroying property. 90,000 for refusing and destroying legal mail and work.   Total amount of 290,700.00

Rev 10/2009

- 5 -

I would like to be taken to a prison to a Safer institute of P.S. 5757

## VI. Previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

[On these claims]

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ NA _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____ NA _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __ N/A __

On other claims

C. Have you filed other lawsuits in state or federal court?

Yes ___ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number ___ N/A ___

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ___ day of _____, 20___.

Signature of Plaintiff _____

Inmate Number  57570

Institution Address  Sgt Chester County Prison
501 S. Wawaset Rd
West Chester PA 19382

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20_____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____


**pennsylvania**
DEPARTMENT OF CORRECTIONS

**TO**  KB9945 Samsel, Ryan
SCI-Chester

**FROM**  Michael Damore
Staff Assistant–Eastern Region

**DATE**  April 19, 2012

**RE**  **Correspondence**

This serves as response to your correspondence addressed to former Deputy Secretary Goldberg concerning your placement at a county jail. It has been referred to me for review and response.

In your correspondence, you expressed your desire to be housed at SCI-Camp Hill. Although I understand your desire to choose a State Correctional Institution, offenders are not permitted to choose where they are housed. Concerning the Rabbi visiting the prison, I suggest you work with Unit Management staff and if you are not satisfied utilize the DC ADM 804.

I trust that your concerns have been adequately addressed.


/MDD

cc:  Superintendent Thomas
B. Weaver #2012-C23-000000102
Central Files
File


**pennsylvania**
DEPARTMENT OF CORRECTIONS

**TO**  KB9945 Samsel, Ryan
SCI-Chester

**FROM**  Michael Damore
Staff Assistant–Eastern Region

**DATE**  April 19, 2012

**RE**  **Correspondence**

This serves as response to your correspondence addressed to me concerning numerous issues.

In your correspondence, you expressed many issues which have been or are being addressed through your counselor Mr. Giannetti. I suggest you be patient and continue to work with your Unit Management team.

I trust that your concerns have been adequately addressed.


/MDD

cc: Superintendent Thomas
    N. Capstick #2012-C28-000000046
    Central Files
    File


**pennsylvania**
DEPARTMENT OF CORRECTIONS

**TO**   KB9945 Samsel, Ryan
         SCI-Chester

**FROM** Michael Damore
         Staff Assistant–Eastern Region

**DATE** March 19, 2012

**RE**   **Correspondence**

This serves as response to your correspondence addressed to former Deputy Secretary Gnall concerning your placement at a county jail, then back to SCI-Chester, then back to the county. It has been referred to me for review and response.

In your correspondence, you expressed your frustration with being housed in Chester County Jail then being moved to SCI-Chester then back to the county jail. Although I understand your desire to choose a State Correctional Institution, offenders are not permitted to choose where they are housed. Concerning your property I suggest you work with Unit Management staff and if you are not satisfied utilize the DC ADM 804.

I trust that your concerns have been adequately addressed.


/MDD

cc: Superintendent Thomas
    N. Capstick #2012-C28-000000034
    Central Files
    File



# OFFICE of PUBLIC DEFENDER

**Bucks County Administration Building**
55 East Court Street
Doylestown, PA 18901

**CHRISTINA A. KING**
Public Defender

(215) 348-6474
Fax (215) 348-6499

April 26, 2012

Jack Healy
Director of Inmate Services
Chester County Prison
501 S. Wawaset Road
West Chester, PA   19382

**RE:  Ryan Samsel**

Dear Mr. Healy:

I have received a letter from an inmate by the name of Ryan Samsel, inmate number 59510. Mr. Samsel believes that the prison is in possession of legal paperwork that he needs for his defense. If you have such paperwork would you please make arrangements to have it turned over to him?

Very truly yours,

Christina A. King
Public Defender

CAK:dm

cc:  Ryan Samsel

Family Court Administration
201 West Market Street, Suite 4100
P.O. Box 2746
West Chester, Pa 19380-0989

Melanie McAteer, Esquire
Family Court Administrator

Sara Isabel Moix
Assistant Family Court Administrator

March 6, 2012

Ryan Samsel
#KB9945
500 E. 4th Street
Chester, PA 19013

Dear Mr. Samsel,

    I've received your letter requesting information about filing for a PFA. However, PFAs are reserved for victims of Domestic Violence. Therefore, the relationship must be one of consanguinity, affinity or an intimate partner and it does not cover the relationship or type of abuse you are referring to. I recommend you speak to your attorney for legal advice. If you do not have an attorney you may contact the Lawyer Referral Service at (610) 429-1500.

Sincerely,

Sara I. Moix
Assistant Family Court Administrator